IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VICTOR COATES**                                                                                           **PLAINTIFF**

V.                                         4:19CV00476 JM

**MARK MARTIN, Former Arkansas**
**Secretary of State, et al,**                                                                       **DEFENDANTS**

### **ORDER**

Pending before this Court is the Plaintiff's Motion to Proceed *In Forma Pauperis*. The motion (Docket #1) is hereby GRANTED. The applicant may proceed without prepayment of fees and costs or security therefor.

However, Plaintiff has not provided mailing addresses for the Defendants. In order for the Clerk of the Court to prepare the summons and United States Marshal serve it, the Defendants' addresses must be furnished by the Plaintiff.[1] Once Plaintiff has supplied the addresses, the Clerk is directed to prepare the summonses and the United States Marshal for the Eastern District of Arkansas is directed to serve them and the complaint on the Defendants without prepayment of costs. The Marshal shall serve the summonses pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff, who is proceeding pro se, is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with these Rules.

---

[1] Plaintiff must provide a physical mailing address for the Defendants. The United States Marshal is unable to obtain service to a post office box address.

In particular, Plaintiff should be familiar with Local Rule 5.5(c)(2), which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . ."

Plaintiff's Motion for Leave to Proceed IFP (Docket #1) is GRANTED. Plaintiff is directed to file the mailing addresses of the Defendants on or before July 26, 2019. If Plaintiff fails to provide the address by July 26, 2019 and fails to seek an extension, the Complaint may be dismissed for failure to prosecute.

IT IS SO ORDERED this 17th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE